NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001124
27-JAN-2015
09:35 AM**

NO. CAAP-14-0001124

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WAIANAE COMMUNITY DEVELOPMENT PROJECT ASSOCIATIONS,
by it's Board of Directors, Plaintiff/Counterclaim-
Defendant/Appellee,
v.
ROBERT K.R. QUARTERO, Defendant/Cross-Claim
Defendant/Counterclaim-Plaintiff/Appellant,
and
BANK OF HAWAIʻI, Defendant/Cross-Claim Plaintiff/
Counterclaim-Plaintiff/Appellee,
and
KEHAULANI QUARTERO, CITY AND COUNTY OF HONOLULU,
Defendants/Cross-Claim Defendants/Appellees,
and
JOHN DOES 1010, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2612)

ORDER DENYING JANUARY 22, 2015 HRAP RULE 40
MOTION FOR RECONSIDERATION OF JANUARY 12, 2015 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of (1) Defendant/Cross-Claim Defendant/ Counterclaim-Plaintiff/Appellant Robert Quartero's (Appellant Robert Quartero) January 22, 2015 motion for reconsideration, pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), of the January 12, 2015 order dismissing appellate court case number CAAP-14-0001124 for lack of appellate jurisdiction, (2) the January 12, 2015 order dismissing appellate court case number CAAP-14-0001124 for lack of appellate jurisdiction, and (3) the record, it appears that we did not overlook or misapprehend any points of fact or law when we entered the January 12, 2015 order dismissing appellate court case number CAAP-14-0001124 for lack of appellate jurisdiction.  Therefore,

IT IS HEREBY ORDERED that Appellant Robert Quartero's January 22, 2015 HRAP Rule 40 motion for reconsideration of the January 12, 2015 order dismissing appellate court case number CAAP-14-0001124 for lack of appellate jurisdiction is denied. The January 12, 2015 order referenced above and this order only apply to CAAP-14-0001124.

DATED: Honolulu, Hawai'i, January 27, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-